IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shawn L. Cochran, | ) | Bankruptcy No. 23-21086-GLT |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Shawn L. Cochran, | ) | Document No. |
| | ) | |
| Movant, | ) | Related to Document No. |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATED ORDER MODIFYING PLAN**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the attached Consent Order of Court.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

    x    An agreed order is attached to this Certificate of Counsel. It is respectfully requested that the attached order be entered by the Court.

    ☐    No other order has been filed pertaining to the subject matter of this agreement.

    ☐    The attached document does not require a proposed order.


Dated: December 20, 2023                By: /s/Charles J. Grudowski_____
                                                                   Charles J. Grudowski, Esquire
                                                                   Grudowski Law, P.C.
                                                                   3925 Reed Boulevard, Suite 201
                                                                   Murrysville, PA 15668
                                                                   Phone: (412) 904-1940
                                                                   Email: CJG@GrudowskiLaw.com
                                                                   Bar I.D. and State of Admission: 91231 PA


**PAWB Local Form 26 (06/17)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: SHAWN L. COCHRAN** )
)  **Case No. 23-21086-GLT**
)
)  **Chapter 13**
**Debtor(s).** )
_____ )

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal
☐ a plan modification sought by:
☐ a motion to lift stay
   as to creditor _____
☒ Other:  **to provide for payment of Peoples Natural Gas Company, LLC per Order entered 11/30/23 (Doc 30)**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 6-2-23
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from **$1,312.00 to $1,397.00 per month**, effective **January 2024**; and/or the Plan term shall be changed from ___ months to ____ months.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

-1-

       the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:
- **Peoples Gas to be paid per Order of Court dated 11-30-2023 (Doc 30) as a priority administrative claim**

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this \_\_\_\_ day of _____, 202\_\_

_____
United States Bankruptcy Judge

Stipulated by:                                                          Stipulated by:

\_/s/Charles J. Grudowski, Esquire\_\_                /s/James C. Warmbrodt, Esquire_____
Counsel to Debtor                                               Counsel to Chapter 13 Trustee

Stipulated by:

\_/s/Jeffrey R. Hunt, Esquire_____
Counsel to affected creditor,
Peoples Natural Gas Company, LLC

cc:   All Parties in Interest to be served by Clerk