# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shawn L. Cochran<br>　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　Movant<br>　　vs.<br><br>Shawn L. Cochran<br>　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　Trustee | BK NO. 23-21086 GLT<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
### Request to Restrict Public Access to Document

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 29, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Shawn L. Cochran
237 Sunset Drive
Lower Burrell, PA 15068

Attorney for Debtor(s)
Charles James Grudowski, Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: July 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Brent J. Lemon**
　　　　　　　　　　　　　　　　　　　　　　　　Brent J. Lemon
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 86478
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　blemon@kmllawgroup.com