**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| SHAWN L. COCHRAN | Case No.:23-21086 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2023 and confirmed on 07/18/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,895.00 |
| Less Refunds to Debtor | 6.29 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,888.71 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 397.48 | |
|    Trustee Fee | 113.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 511.18 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 1,377.53 | 1,377.53 | 0.00 | 1,377.53 |
|   Acct: 1675 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2192 | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1675 | | | | |
| | | | | 1,377.53 |
| **Priority** | | | | |
| CHARLES J GRUDOWSKI ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHAWN L. COCHRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SHAWN L. COCHRAN | 6.29 | 6.29 | 0.00 | 0.00 |
|   Acct: | | | | |
| GRUDOWSKI LAW ASSOCIATES PC(*) | 3,800.00 | 397.48 | 0.00 | 0.00 |
|   Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1450 | | | | |

| 23-21086 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR CF | 522.00 | 0.00 | 0.00 | 0.00 |
|      Acct: G281 | | | | |
|    ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0198 | | | | |
|    SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5513 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 209.41 | 0.00 | 0.00 | 0.00 |
|      Acct: 8232 | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR CF | 63.47 | 0.00 | 0.00 | 0.00 |
|      Acct: G281 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | * * * N O N E * * * | | | |

**TOTAL PAID TO CREDITORS**                                                                  1,377.53

TOTAL CLAIMED
PRIORITY           0.00
SECURED        1,377.53
UNSECURED        794.88

Date: 08/08/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com