**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHAWN L. COCHRAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:23-21086 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2023 and confirmed on 07/18/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,895.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,895.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 397.48 | |
|    Trustee Fee | 113.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 511.18 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,377.53 | 1,377.53 | 0.00 | 1,377.53 |
|     Acct: 1675 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2192 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1675 | | | | |
| | | | | 1,377.53 |
| **Priority** | | | | |
|   CHARLES J GRUDOWSKI ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN L. COCHRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN L. COCHRAN | 6.29 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC(*) | 3,800.00 | 397.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1450 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 6.29 | 6.29 | 0.00 | 6.29 |
| Acct: XXXXXXXXXXXXXXXXX1086 | | | | |
| | | | | 6.29 |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 522.00 | 0.00 | 0.00 | 0.00 |
| Acct: G281 | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0198 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5513 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 209.41 | 0.00 | 0.00 | 0.00 |
| Acct: 8232 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 63.47 | 0.00 | 0.00 | 0.00 |
| Acct: G281 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                    1,383.82

TOTAL CLAIMED
 PRIORITY               6.29
 SECURED            1,377.53
 UNSECURED            794.88


Date: 12/09/2024                          /s/ Ronda J. Winnecour

                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com